# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00410-CR

**Joseph Albert Borgas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### NO. CR26,806, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joseph Albert Borgas filed a notice of appeal from a judgment adjudicating his guilt for the second-degree felony offense of aggravated assault with a deadly weapon–family violence. *See* Tex. Penal Code § 22.02. The trial court certified that Borgas has no right of appeal and has waived the right of appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d); *Greenwell v. Court of Appeals for the Thirteenth Jud. Dist.*, 159 S.W.3d 645, 650 n.24 (Tex. Crim. App. 2005) ("While an appellate court may require a trial court to certify whether there is a right to appeal, the appellate court may not dictate the content of the certification.").

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: July 19, 2022

Do Not Publish